UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALAN KELLEY, | No. 2:16-cv-01088 MCE GGH |
| Petitioner, | |
| v. | ORDER |
| ROSEMARY NDOH, Warden, | |
| Respondent. | |

On September 13, 2016 petitioner gave notice to the court that his location had changed from Avenal State Prison, where respondent Ndoh is Warden, to Mule Creek State Prison, where Joe A. Lizarraga is Warden. In light of this information the Clerk of the Court is to directed to change the caption on this case to John Alan Kelley v. Joe A. Lizarraga.

**IT IS SO ORDERED.**

Dated: September 28, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1