UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ALAN KELLEY,<br><br>        Petitioner,<br><br>    v.<br><br>JOE A. LIZARRAGA<br><br>        Respondent. | No. 2:16-cv-01088 MCE GGH<br><br><br>ORDER |

        Petitioner is proceeding in pro se on this habeas corpus petition. On October 31, 2016 petitioner filed a Motion for Discovery, ECF No. 19, which the magistrate judge assigned to the case denied as having been brought prematurely since there has as yet been no finding by this court that the previous state court findings are AEDPA unreasonable, which is a predicate to a determination that an evidentiary hearing is appropriate which opens the door to discovery activities. ECF No. 21. Thereafter, on March 20, 2017, petitioner filed a Motion to have the magistrate judge compel production of specified documents by the Clerk of the Superior Court in which his case was tried, ECF No. 23, which Motion was denied on March 23, 2017. ECF No. 24. In response, Petitioner has now filed a new Motion to Compel that is, in reality, a motion for reconsideration of the court's earlier denial of his Motion. ECF No. 25.

        Pursuant to Local Rule 303, a district judge may reconsider any matter determined in an action by the assigned magistrate judge. Local Rule 303(g). An order of the magistrate judge

1

shall be upheld unless "clearly erroneous or contrary to law." Local Rule 303(f). The Court, having reviewed the Orders of the Magistrate Judge, finds these two related Orders are neither "clearly erroneous or contrary to law."

Accordingly, petitioner's motion for reconsideration of the magistrate judge's Order of March 23, 2017 is DENIED.

**IT IS SO ORDERED**.

Dated: May 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE